IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| NATHANIEL (NATHAN) GADIEL ANTONOPLOS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:25cv656-MHT (WO) |
| DANIELLE KATRIEL ANTONOPLOS PEELE, | ) ) ) | |
| Defendant. | ) | |

OPINION

Plaintiff, who is pro se, filed this lawsuit contending that his family member committed mail fraud and violated his rights with regard to his mail. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to prosecute and abide by orders of the court. There are no objections to the recommendation. After an independent and de novo review of the record, the court

concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 16th day of March, 2026.

<u>    /s/ Myron H. Thompson    </u>
**UNITED STATES DISTRICT JUDGE**

2